**GREGORY LUSBY**, OSB No. 933490
greg@lusbylawfirm.com
**LUSBY LAW FIRM PC**
P.O. Box 1316
Eugene, OR 97440-1316
Telephone: (541) 246-8520
Fax: (541) 484-0536
   *Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **COMMUTE OPTIONS FOR CENTRAL OREGON**, an Oregon Nonprofit Corporation; **MCKENZIE VALLEY LTRG OF LANE COUNTY,** and Oregon Nonprofit Corporation; **OUTDOOR EDUCATION ADVENTURES**, an Oregon Nonprofit Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>**GOFUNDME INC**., a Delaware Corporation; **GOFUNDME PAYMENTS, INC.**, a Delaware Corporation; and **JOHN DOES NO. 1-100,**<br><br>Defendants. | Case No. 6:26-cv-00475-AP<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GOFUNDME PAYMENTS, INC.** |

PURSUANT TO Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby dismiss Defendant GoFundMe Payments, Inc. ONLY without prejudice and without fees and costs to any party.

DATED this 2nd day of July, 2026.

LUSBY LAW FIRM PC

  *s/ Gregory T. Lusby*
**GREGORY T. LUSBY**, OSB #933490
*Of Attorneys for Plaintiffs*

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GOFUNDME PAYMENTS, INC. - Page 1**

## CERTIFICATE OF SERVICE

I certify that on July 2, 2026, I served or caused to be served a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GOFUNDME PAYMENTS, INC.** addressed to the party or the attorney for each party as follows:

Ben Berkowitz
Matan Shacham
Drew H. Washington
KEKER VAN NEST & PETERS
633 Battery Street
San Francisco, CA 94111
Fax: 415-397-7188
Email: bberkowitz@keker.com
mshacham@keker.com
dwashington@keker.com

Timothy DeJong
Chloe A. Jasper
STOLL BERNE PC
209 SW Oak Street #500
Portland, OR 97204
Fax: 503-227-6840
Email:tdejong@stollberne.com
cjasper@stollberne.com
*Of Attorneys for Defendants*

    ☐  by **mailing** a copy thereof to the address listed above.
    ☐  by causing a copy thereof to be **hand-delivered** to the address listed above.
    ☐  by sending a copy thereof via **overnight courier** to the address listed above.
    ☐  by **faxing** a copy thereof to the fax number listed above.
    ☒  by **emailing** a copy thereof to the email address listed above.
    ☒  by **electronic service** via the Federal Court's CM/ECF system.
    ☐  by **electronic service** via the State Court's OJD Odyssey File & Serve system.

LUSBY LAW FIRM PC

 *s/ Gregory T. Lusby*
**GREGORY T. LUSBY**, OSB #933490
*Of Attorneys for Plaintiffs*