Docusign Envelope ID: E85432EE-AC64-8B34-826B-9FB9EAD73C16

**GREGORY LUSBY**, OSB No. 933490
greg@lusbylawfirm.com
**LUSBY LAW FIRM PC**
P.O. Box 1316
Eugene, OR 97440-1316
Telephone: (541) 246-8520
Fax: (541) 484-0536

**MIKAL C. WATTS**, OSB No. 215872
mikal@wattsllp.com
**JERRY WHITE**, *Pro Hac Vice Pending*
jerry@wattsllp.com
**WATTS LAW FIRM LLP**
811 Barton Springs Road, Suite 725
Austin, TX 78704
Telephone: (512) 479-0500
***Attorneys for Plaintiffs***

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

**COMMUTE OPTIONS FOR CENTRAL OREGON**, an Oregon Nonprofit Corporation; **MCKENZIE VALLEY LTRG OF LANE COUNTY,** an Oregon Nonprofit Corporation; **OUTDOOR EDUCATION ADVENTURES**, an Oregon Nonprofit Corporation; **THE WATERSTRONG INITIATIVE,** an Oregon Nonprofit Corporation; **EUGENE PUBLIC LIBRARY FOUNDATION,** an Oregon Nonprofit Corporation; and the **OREGON SHAKESPEARE FESTIVAL ASSOCIATION**, an Oregon Nonprofit Corporation,

Plaintiffs,

vs.

**GOFUNDME INC**., a Delaware Corporation; and **JOHN DOES NO. 1-100,**

Defendants.

Case No. 6:26-cv-00475-AP

**DECLARATION OF BRIAN POTWIN IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT GOFUNDME, INC.'S MOTION TO DISMISS**

I, BRIAN POTWIN, declare as follows:

1. My name is Brian Potwin. I am the Executive Director of Commute Options for Central Oregon nka Commute Options.

Docusign Envelope ID: E85432EE-AC64-8B34-826B-9FB9EAD73C16

2. The creation of a fundraising webpage for Commute Options for Central Oregon nka Commute Options by Defendant GoFundMe was without authorization.

3. At no time did Commute Options for Central Oregon nka Commute Options consent to the use of its name, identities, trademarks, logos, mission statement, organizational information or any other information or identifiers about it being used by Defendant GoFundMe.

4. Commute Options for Central Oregon nka Commute Options never agreed to Defendant GoFundMe designing a fundraising webpage for it that blended the name, logo, mission statement and other identifiers of Commute Options for Central Oregon nka Commute Options with the Defendant GoFundMe website, including design, theme, style, color and font.

5. Commute Options for Central Oregon nka Commute Options has worked and continues to work hard to build its identity, goodwill and reputation directly with its donors, supporters, and community partners. The actions of Defendant GoFundMe infringed on these crucial elements of Commute Options for Central Oregon nka Commute Options.

6. The discovery of Defendant GoFundMe unilaterally creating a fundraising webpage without consent caused much confusion, frustration and uncertainty for Commute Options for Central Oregon nka Commute Options resulting in incurring time and resources determining the nature and impact of Defendant GoFundMe's unauthorized actions toward Commute Options for Central Oregon nka Commute Options.

7. Any actions by Defendant GoFundMe to suggest sponsorship or endorsement by Commute Options for Central Oregon nka Commute Options of the unauthorized fundraising webpages was without consent and collaboration.

8. Upon information and belief, Defendant GoFundMe utilized its technology resources, including search engine optimization, to increase the visibility of the unauthorized fundraising webpages and place it in competition with Commute Options for Central Oregon nka Commute Options resulting in confusion and dilution of identity.

9. In the current environment, Commute Options for Central Oregon nka Commute

Options faces many challenges and the actions of Defendant GoFundMe to create an unauthorized fundraising webpage for Commute Options for Central Oregon nka Commute Options was not helpful and it had the impact of cutting the direct connection with donors and supporters while Defendant GoFundMe sought to charge a 2.2% + $.30 transaction fee and up to a 17.5% "tip" for itself.

10. Following the creation of the unauthorized fundraising webpage for Commute Options for Central Oregon nka Commute Options, it was believed we had no choice but to "claim" it as stated by Defendant GoFundMe to take control of it.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

DATED: 9/14/2026 .

DocuSigned by:
Brian Potwin
AC9947E8B913478...

BRIAN POTWIN, Executive Director
of Commute Options for Central Oregon
nka Commute Options